IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| THE TAPPING SOLUTION, LLC, NICOLAS ORTNER, JESSICA ORTNER, AND ALEJANDRO ORTNER<br>*Plaintiff,* | § | |
| V. | § | CIVIL ACTION NO. 1:25-CV-02169-RP |
| ARK WEALTH MANAGEMENT, LLC DBA ARK FINANCIAL, ARK FINANCIAL CONSULTANTS, LLC, ARK FINANCIAL ADVISORS, LLC, AND DAVID JAMES BULL<br>*Defendants*. | § | |

**DEFENDANTS' ORIGINAL ANSWER TO PLAINTIFFS' ORIGINAL COMPLAINT**

Defendants Ark Wealth Management, LLC ("AWM"), Ark Financial Consultants, LLC ("AFC"), Ark Financial Advisors, LLC ("AFA"), and David James Bull ("Bull") (sometimes collectively "Defendants") files this Original Answer to Plaintiffs' Original Complaint.

**SPECIFIC DENIALS**

1. With respect to the allegations and averments in Paragraph 1 of Plaintiffs' Original Complaint, Defendants admit the first sentence concerning what Plaintiffs contend the case is about although they deny breaches of any duty. AFA, AWM, and Bull admit they owe their clients certain fiduciary duties and Defendants deny the remaining allegations and averments in Paragraph 1 of Plaintiffs' Original Complaint.

2. With respect to the allegations and averments in Paragraph 2 of Plaintiffs' Original Complaint, Defendants admit investment advisors owe their clients certain fiduciary duties but after the use of due diligence in making inquiry into facts known or easily obtainable Defendants are without sufficient knowledge to admit or deny the remaining allegations and averments in Paragraph 2 of Plaintiffs' Original Complaint.

3. With respect to the allegations and averments in Paragraph 3 of Plaintiffs' Original Complaint, Defendants deny the same.

4. With respect to the allegations and averments in Paragraph 4 of Plaintiffs' Original Complaint, Defendants admit different entities exist although Defendants are unable to speculate about whether the public and its customers generally know them as "*Ark* or *Ark Financial*."

5. With respect to the allegations and averments in Paragraph 5 of Plaintiffs' Original Complaint, Defendants admit the same.

6. With respect to the allegations and averments in Paragraph 6 of Plaintiffs' Original Complaint, Defendants deny they offer "tax strategy, estate planning, risk management" and also deny "Ark targets entrepreneurs and small businesses." Defendants admit the remaining allegations and averments in Paragraph 6 of Plaintiffs' Original Complaint.

7. With respect to the allegations and averments in Paragraph 7 of Plaintiffs' Original Complaint, Defendants admit they have a common website and management. Defendants deny the remaining allegations and averments in Paragraph 7 of Plaintiffs' Original Complaint.

8. With respect to the allegations and averments in Paragraph 8 of Plaintiffs' Original Complaint, Defendants deny the same.

9. With respect to the allegations and averments in Paragraph 9 of Plaintiffs' Original Complaint, Defendants admit that AWM received referral fees and deny the remaining allegations and averments in Paragraph 9 of Plaintiffs' Original Complaint.

10. With respect to the allegations and averments in Paragraph 10 of Plaintiffs' Original Complaint, Defendants deny the same.

11. With respect to the allegations and averments in Paragraph 11 of Plaintiffs' Original Complaint, Defendants deny the same.

12. With respect to the allegations and averments in Paragraph 12 of Plaintiffs' Original Complaint, Defendants deny the same.

13. With respect to the allegations and averments in Paragraph 13 of Plaintiffs' Original Complaint, after the use of due diligence in making inquiry into facts known or easily obtainable Defendants are without sufficient knowledge to admit or deny the allegations and averments in Paragraph 13 of Plaintiffs' Original Complaint.

14. With respect to the allegations and averments in Paragraph 14 of Plaintiffs' Original Complaint, after the use of due diligence in making inquiry into facts known or easily obtainable Defendants are without sufficient knowledge to admit or deny the allegations and averments in Paragraph 14 of Plaintiffs' Original Complaint.

15. With respect to the allegations and averments in Paragraph 15 of Plaintiffs' Original Complaint, after the use of due diligence in making inquiry into facts known or easily obtainable Defendants are without sufficient knowledge to admit or deny the allegations and averments in Paragraph 15 of Plaintiffs' Original Complaint.

16. With respect to the allegations and averments in Paragraph 16 of Plaintiffs' Original Complaint, after the use of due diligence in making inquiry into facts known or easily obtainable Defendants are without sufficient knowledge to admit or deny the allegations and averments in Paragraph 16 of Plaintiffs' Original Complaint.

17. With respect to the allegations and averments in Paragraph 17 of Plaintiffs' Original Complaint, Defendants admit "Ark is a Texas limited liability company headquartered in Austin, Texas. Ark is an investment adviser firm registered with the SEC (CRD # 317264/SEC# 801-123029). Ark is owned, wholly or in part, by Ark Financial Holdings, LLC, a Texas limited liability company." Defendants deny the remaining allegations and averments in Paragraph 17 of Plaintiffs' Original Complaint.

18. With respect to the allegations and averments in Paragraph 18 of Plaintiffs' Original Complaint, Defendants admit "Bull is an individua' and that he "holds himself out to the public as the "founder and CEO of Ark." Bull has been registered as an investment adviser since 2015 (CRD # 5776975) and holds a Series 65 securities license." Defendants deny the remaining allegations and averments in Paragraph 18 of Plaintiffs' Original Complaint.

19. With respect to the allegations and averments in Paragraph 19 of Plaintiffs' Original Complaint, Defendants admit "Ark Financial Consultants, LLC ("Ark Consultants"), is a Texas limited liability company" and public "records show that Ark Consultants was registered with the Office of the State of Texas in 2017 under the management of its two members, Bull and Jeffrey Socha." Defendants deny the remaining allegations and averments in Paragraph 19 of Plaintiffs' Original Complaint.

20. With respect to the allegations and averments in Paragraph 20 of Plaintiffs' Original Complaint, Defendants admit AFA is a Texas limited liability company controlled by Bull. Defendants deny the remaining allegations and averments in Paragraph 20 of Plaintiffs' Original Complaint.

21. With respect to the allegations and averments in Paragraph 21 of Plaintiffs' Original Complaint, Defendants admit Billiot is a registered investment advisor since 2016 (CRD #6681317) and Ark's website lists him as a AFO director. Defendants deny the remaining allegations and averments in Paragraph 21 of Plaintiffs' Original Complaint.

22. With respect to the allegations and averments in Paragraph 22 of Plaintiffs' Original Complaint, Defendants admit the same except after making an inquiry into facts known or readily obtainable Defendants are without sufficient knowledge to admit or deny the allegations and averments that Plaintiffs' claims exceed $75,000 exclusive of interest and attorney fees.

23. With respect to the allegations and averments in Paragraph 23 of Plaintiffs' Original Complaint, Defendants admit the same.

24. With respect to the allegations and averments in Paragraph 24 of Plaintiffs' Original Complaint, Defendants admit the same.

25. With respect to the allegations and averments in Paragraph 25 of Plaintiffs' Original Complaint, Defendants admit the same.

26. With respect to the allegations and averments in Paragraph 26 of Plaintiffs' Original Complaint, after making an inquiry into facts known or readily obtainable Defendants are without sufficient knowledge to admit or deny the allegations and averments in Paragraph 26 of Plaintiffs' Original Complaint.

27. With respect to the allegations and averments in Paragraph 27 of Plaintiffs' Original Complaint, Defendants admit "Ark is an investment adviser firm registered since January 2022. However, Ark's website states that Bull founded the firm in 2013" and as "of the date of this Complaint, Ark has reported having discretionary assets under management of $191,000,000 across 539 accounts, mostly owned by individual retail investors." Defendants deny the remaining allegations and averments in Paragraph 27 of Plaintiffs' Original Complaint.

28. With respect to the allegations and averments in Paragraph 28 of Plaintiffs' Original Complaint, Defendants admit AIA provided investment advice services from 2018 through 2021 and AWM has provided investment advice services from 2022 through the present. Defendants deny the remaining allegations and averments in Paragraph 28 of Plaintiffs' Original Complaint.

29. With respect to the allegations and averments in Paragraph 29 of Plaintiffs' Original Complaint, Defendants admit the first sentence and deny the remaining allegations and averments in Paragraph 29 of Plaintiffs' Original Complaint.

30. With respect to the allegations and averments in Paragraph 30 of Plaintiffs' Original Complaint, after making an inquiry into facts known or readily obtainable Defendants are without sufficient knowledge to admit or deny the allegations and averments in the first three sentences of Paragraph 30 of Plaintiffs' Original Complaint. Defendants admit TTS entered into an agreement with AFC for an initial $12,500 fee and a $2,000 monthly retainer. Defendants deny the remaining allegations and averments in Paragraph 30 of Plaintiffs' Original Complaint.

31. With respect to the allegations and averments in Paragraph 31 of Plaintiffs' Original Complaint, Defendants admit the same.

32. With respect to the allegations and averments in Paragraph 32 of Plaintiffs' Original Complaint, Defendants admit the allegations and averments in the first sentence of Paragraph 30 of Plaintiffs' Original Complaint. Defendants deny the remaining allegations and averments in Paragraph 32 of Plaintiffs' Original Complaint.

33. With respect to the allegations and averments in Paragraph 33 of Plaintiffs' Original Complaint, Defendants admit the same.

34. With respect to the allegations and averments in Paragraph 34 of Plaintiffs' Original Complaint, Defendants admit the same website is used. Defendants deny the remaining allegations and averments in Paragraph 34 of Plaintiffs' Original Complaint.

35. With respect to the allegations and averments in Paragraph 35 of Plaintiffs' Original Complaint, Defendants deny the same.

36. With respect to the allegations and averments in Paragraph 36 of Plaintiffs' Original Complaint, Defendants admit the allegations and averments in the first sentence of Paragraph 36 of Plaintiffs' Original Complaint and that AWM charges TTS a fee. Defendants deny the remaining allegations and averments in Paragraph 36 of Plaintiffs' Original Complaint.

37. With respect to the allegations and averments in Paragraph 37 of Plaintiffs' Original Complaint, Defendants admit written disclosures cannot be located and otherwise deny the remaining allegations and averments in Paragraph 37 of Plaintiffs' Original Complaint.

38. With respect to the allegations and averments in Paragraph 38 of Plaintiffs' Original Complaint, Defendants deny the same.

39. With respect to the allegations and averments in Paragraph 39 of Plaintiffs' Original Complaint, Defendants deny the same.

40. With respect to the allegations and averments in Paragraph 40 of Plaintiffs' Original Complaint, Defendants deny the same.

41. With respect to the allegations and averments in Paragraph 41 of Plaintiffs' Original Complaint, Defendants deny the same.

42. With respect to the allegations and averments in Paragraph 42 of Plaintiffs' Original Complaint, Defendants deny providing "recommendations and assurances." Defendants admit the remaining allegations and averments in Paragraph 42 of Plaintiffs' Original Complaint.

43. With respect to the allegations and averments in Paragraph 43 of Plaintiffs' Original Complaint, after making an inquiry into facts known or readily obtainable Defendants are without sufficient knowledge to admit or deny whether Plaintiffs knew about the fees received by AFC.

44. With respect to the allegations and averments in Paragraph 44 of Plaintiffs' Original Complaint, Defendants deny they "downplayed the significance of the situation" and admit the remaining allegations and averments in Paragraph 44 of Plaintiffs' Original Complaint.

45. With respect to the allegations and averments in Paragraph 45 of Plaintiffs' Original Complaint, Defendants admit the IRS initiated legal proceedings against the parties mentioned therein and deny the remaining allegations and averments in Paragraph 45 of Plaintiffs' Original Complaint.

46. With respect to the allegations and averments in Paragraph 46 of Plaintiffs' Original Complaint, Defendants admit the same.

47. With respect to the allegations and averments in Paragraph 47 of Plaintiffs' Original Complaint, Defendants deny the second sentence in that paragraph and admit the remaining allegations and averments in Paragraph 45 of Plaintiffs' Original Complaint.

48. With respect to the allegations and averments in Paragraph 48 of Plaintiffs' Original Complaint, Defendants deny the same.

49. With respect to the allegations and averments in Paragraph 49 of Plaintiffs' Original Complaint, Defendants admit the same.

50. With respect to the allegations and averments in Paragraph 50 of Plaintiffs' Original Complaint, Defendants deny the same.

51. With respect to the allegations and averments in Paragraph 51 of Plaintiffs' Original Complaint, Defendants deny their conduct contributed to Plaintiffs' tax liabilities and admit the remaining allegations and averments in Paragraph 51 of Plaintiffs' Original Complaint.

52. With respect to the allegations and averments in Paragraph 52 of Plaintiffs' Original Complaint, Defendants deny the same.

53. With respect to the allegations and averments in Paragraph 53 of Plaintiffs' Original Complaint, Defendants deny the same.

54. With respect to the allegations and averments in Paragraph 54 of Plaintiffs' Original Complaint, Defendants deny the same.

55. With respect to the allegations and averments in Paragraph 55 of Plaintiffs' Original Complaint, Defendants deny the same.

56. With respect to the allegations and averments in Paragraph 56 of Plaintiffs' Original Complaint, Defendants deny the same.

57. With respect to the allegations and averments in Paragraph 57 of Plaintiffs' Original Complaint, Defendants deny the same.

58. With respect to the allegations and averments in Paragraph 58 of Plaintiffs' Original Complaint, Defendants deny that Plaintiffs could not have discovered compensation agreements defendants may have had. Defendants deny the remaining allegations and averments in Paragraph 58 of Plaintiffs' Original Complaint.

59. With respect to the allegations and averments in Paragraph 59 of Plaintiffs' Original Complaint, Defendants deny the same.

60. With respect to the allegations and averments in Paragraph 60 of Plaintiffs' Original Complaint, Defendants deny the same.

61. With respect to the allegations and averments in Paragraph 61 of Plaintiffs' Original Complaint, these are not factual allegations as they are purely legal conclusions and contentions to which an admission or denial is not required. Nevertheless, Defendants deny they engaged in any conduct which would give rise to claims against them.

62. With respect to the allegations and averments in Paragraph 62 of Plaintiffs' Original Complaint, these are not factual allegations as they are purely legal conclusions and contentions to which an admission or denial is not required. Nevertheless, Defendants deny they engaged in any conduct which would give rise to claims against them.

63. With respect to the allegations and averments in Paragraph 63 of Plaintiffs' Original Complaint, Defendants deny the same.

64. With respect to the allegations and averments in Paragraph 64 of Plaintiffs' Original Complaint, Defendants deny the same.

65. With respect to the allegations and averments in Paragraph 65 of Plaintiffs' Original Complaint, Defendants deny the same.

66. With respect to the allegations and averments in Paragraph 66 of Plaintiffs' Original Complaint, Defendants deny the same.

67. With respect to the allegations and averments in Paragraph 67 of Plaintiffs' Original Complaint, Defendants deny the same.

68. With respect to the allegations and averments in Paragraph 68 of Plaintiffs' Original Complaint, Defendants admit the same.

69. With respect to the allegations and averments in Paragraph 69 of Plaintiffs' Original Complaint, Defendants admit the same.

70. With respect to the allegations and averments in Paragraph 70 of Plaintiffs' Original Complaint, Defendants admit AFC received $165,000 in consulting fees from Legacy Holdings about which neither Bull nor Billiot knew about. After the use of due diligence in making inquiry into facts known or easily obtainable Defendants are without sufficient knowledge to admit or deny the remaining allegations and averments in Paragraph 70 of Plaintiffs' Original Complaint.

71. With respect to the allegations and averments in Paragraph 71 of Plaintiffs' Original Complaint, Defendants admit AFC received that amount in consulting fees and deny the remaining allegations and averments in Paragraph 71 of Plaintiffs' Original Complaint.

72. With respect to the allegations and averments in Paragraph 72 of Plaintiffs' Original Complaint, Defendants deny the same.

73. With respect to the allegations and averments in Paragraph 73 of Plaintiffs' Original Complaint, Defendants deny the same.

74. With respect to the allegations and averments in Paragraph 74 of Plaintiffs' Original Complaint, Defendants deny the same.

75. With respect to the allegations and averments in Paragraph 75 of Plaintiffs' Original Complaint, Defendants admit the same.

76. With respect to the allegations and averments in Paragraph 76 of Plaintiffs' Original Complaint, Defendants admit CCK is a tax and consulting firm with two offices but has no knowledge as to the location of its principal place of business.

77. With respect to the allegations and averments in Paragraph 77 of Plaintiffs' Original Complaint, Defendants admit the same.

78. With respect to the allegations and averments in Paragraph 78 of Plaintiffs' Original Complaint, Defendants admit the same.

79. With respect to the allegations and averments in Paragraph 79 of Plaintiffs' Original Complaint, Defendants admit only AFC and AFO received the referral fee. After the use of due diligence in making inquiry into facts known or easily obtainable Defendants are without sufficient knowledge to admit or deny the remaining allegations and averments in Paragraph 70 of Plaintiffs' Original Complaint.

80. With respect to the allegations and averments in Paragraph 80 of Plaintiffs' Original Complaint, Defendants admit the same.

81. With respect to the allegations and averments in Paragraph 81 of Plaintiffs' Original Complaint, Defendants deny the same.

82. With respect to the allegations and averments in Paragraph 82 of Plaintiffs' Original Complaint, Defendants admit the same.

83. With respect to the allegations and averments in Paragraph 83 of Plaintiffs' Original Complaint, after the use of due diligence in making inquiry into facts known or easily obtainable Defendants are without sufficient knowledge to admit or deny the first sentence in Paragraph 83 of Plaintiffs' Original Complaint. Defendants deny the second sentence in Paragraph 83 of Plaintiffs' Original Complaint.

84. With respect to the allegations and averments in Paragraph 84 of Plaintiffs' Original Complaint, Defendants admit the first sentence in Paragraph 84 of Plaintiffs' Original Complaint. Defendants deny the second sentence in Paragraph 84 of Plaintiffs' Original Complaint.

85. With respect to the allegations and averments in Paragraph 85 of Plaintiffs' Original Complaint, Defendants admits the first sentence except with respect to the adverb "briefly" and the last sentence in Paragraph 85 of Plaintiffs' Original Complaint. Defendants deny the remaining allegations and averments in Paragraph 85 of Plaintiffs' Original Complaint.

86. With respect to the allegations and averments in Paragraph 86 of Plaintiffs' Original Complaint, Defendants admit the same.

87. With respect to the allegations and averments in Paragraph 87 of Plaintiffs' Original Complaint, after the use of due diligence in making inquiry into facts known or easily obtainable Defendants are without sufficient knowledge to admit or deny Paragraph 87 of Plaintiffs' Original Complaint.

88. With respect to the allegations and averments in Paragraph 88 of Plaintiffs' Original Complaint, Defendants admit the same.

89. With respect to the allegations and averments in Paragraph 89 of Plaintiffs' Original Complaint, Defendants deny the same.

90. With respect to the allegations and averments in Paragraph 90 of Plaintiffs' Original Complaint, except for the "during the Relevant Period" language Defendants admit the same.

91. With respect to the allegations and averments in Paragraph 91 of Plaintiffs' Original Complaint, except for the "At all relevant times" language Defendants admit the same.

92. With respect to the allegations and averments in Paragraph 92 of Plaintiffs' Original Complaint, Defendants admit at certain points in time Bull provided investment advice to customers and deny the remaining allegations and averments in Paragraph 92 of Plaintiffs' Original Complaint.

93. With respect to the allegations and averments in Paragraph 93 of Plaintiffs' Original Complaint, Defendants admit Bull knew he owed certain fiduciary duties as an investment advisor and the remaining statements in that paragraph do not require admissions or denials because they a purely statements of law.

94. With respect to the allegations and averments in Paragraph 94 of Plaintiffs' Original Complaint, Defendants deny the same.

95. With respect to the allegations and averments in Paragraph 95 of Plaintiffs' Original Complaint, Defendants deny the same.

96. With respect to the allegations and averments in Paragraph 96 of Plaintiffs' Original Complaint, Defendants deny the same.

97. With respect to the allegations and averments in Paragraph 97 of Plaintiffs' Original Complaint, Defendants deny the same.

98. With respect to the allegations and averments in Paragraph 98 of Plaintiffs' Original Complaint, Defendants deny the same.

99. With respect to the allegations and averments in Paragraph 99 of Plaintiffs' Original Complaint, Defendants deny the same.

100. With respect to the allegations and averments in Paragraph 100 of Plaintiffs' Original Complaint, Defendants deny the same.

101. With respect to the allegations and averments in Paragraph 101 of Plaintiffs' Original Complaint, Defendants deny the same.

102. With respect to the allegations and averments in Paragraph 102 of Plaintiffs' Original Complaint, Defendants deny the same.

103. With respect to the allegations and averments in Paragraph 103 of Plaintiffs' Original Complaint, Defendants deny the same.

104. With respect to the allegations and averments in Paragraph 104 of Plaintiffs' Original Complaint, Defendants deny the same.

105. With respect to the allegations and averments in Paragraph 105 of Plaintiffs' Original Complaint, Defendants deny the same.

106. With respect to the allegations and averments in Paragraph 106 of Plaintiffs' Original Complaint, Defendants deny the same.

107. With respect to the allegations and averments in Paragraph 107 of Plaintiffs' Original Complaint, Defendants deny the same.

108. With respect to the allegations and averments in Paragraph 108 of Plaintiffs' Original Complaint, Defendants deny the same.

109. With respect to the allegations and averments in Paragraph 109 of Plaintiffs' Original Complaint, Defendants deny the same.

110. With respect to the allegations and averments in Paragraph 110 of Plaintiffs' Original Complaint, Defendants deny the same.

111. With respect to the allegations and averments in Paragraph 111 of Plaintiffs' Original Complaint, Defendants deny the same.

112. With respect to the allegations and averments in Paragraph 112 of Plaintiffs' Original Complaint, Defendants deny the same.

113. With respect to the allegations and averments in Paragraph 113 of Plaintiffs' Original Complaint, Defendants deny the same.

114. With respect to the allegations and averments in Paragraph 114 of Plaintiffs' Original Complaint, Defendants deny the same.

115. With respect to the allegations and averments in Paragraph 115 of Plaintiffs' Original Complaint, Defendants deny the same.

116. With respect to the allegations and averments in Paragraph 116 of Plaintiffs' Original Complaint, Defendants deny the same.

117. With respect to the allegations and averments in Paragraph 117 of Plaintiffs' Original Complaint, Defendants deny the same.

118. With respect to the allegations and averments in Paragraph 118 of Plaintiffs' Original Complaint, Defendants deny the same.

119. With respect to the allegations and averments in Paragraph 119 of Plaintiffs' Original Complaint, Defendants deny the same.

120. With respect to the allegations and averments in Paragraph 120 of Plaintiffs' Original Complaint, Defendants deny the same.

121. With respect to the allegations and averments in Paragraph 121 of Plaintiffs' Original Complaint, Defendants deny the same.

122. With respect to the allegations and averments in Paragraph 122 of Plaintiffs' Original Complaint, Defendants deny the same.

123. With respect to the allegations and averments in Paragraph 123 of Plaintiffs' Original Complaint, Defendants deny the same.

124. With respect to the allegations and averments in Paragraph 12 4of Plaintiffs' Original Complaint, Defendants deny the same.

125. With respect to the allegations and averments in Paragraph 125 of Plaintiffs' Original Complaint, Defendants deny the same.

126. With respect to the allegations and averments in Paragraph 126 of Plaintiffs' Original Complaint, Defendants deny the same.

127. With respect to the allegations and averments in Paragraph 127 of Plaintiffs' Original Complaint, Defendants deny the same.

128. With respect to the allegations and averments in Paragraph 128 of Plaintiffs' Original Complaint, Defendants deny the same.

129. With respect to the allegations and averments in Paragraph 129 of Plaintiffs' Original Complaint, Defendants deny the same.

130. With respect to the allegations and averments in Paragraph 130 of Plaintiffs' Original Complaint, Defendants deny the same.

131. With respect to the allegations and averments in Paragraph 131 of Plaintiffs' Original Complaint, Defendants deny the same.

132. With respect to the allegations and averments in Paragraph 132 of Plaintiffs' Original Complaint, Defendants deny the same.

133. With respect to the allegations and averments in Paragraph 133 of Plaintiffs' Original Complaint, Defendants deny the same.

134. With respect to the allegations and averments in Paragraph 134 of Plaintiffs' Original Complaint, Defendants deny the same.

135. With respect to the allegations and averments in Paragraph 135 of Plaintiffs' Original Complaint, Defendants deny the same.

136. With respect to the allegations and averments in Paragraph 136 of Plaintiffs' Original Complaint, Defendants deny the same.

137. With respect to the allegations and averments in Paragraph 137 of Plaintiffs' Original Complaint, Defendants deny the same.

138. With respect to the allegations and averments in Paragraph 138 of Plaintiffs' Original Complaint, Defendants deny the same.

139. With respect to the allegations and averments in Paragraph 139 of Plaintiffs' Original Complaint, Defendants deny the same.

140. With respect to the allegations and averments in Paragraph 140 of Plaintiffs' Original Complaint, Defendants deny the same.

141. With respect to the allegations and averments in Paragraph 141 of Plaintiffs' Original Complaint, Defendants deny the same.

142. With respect to the allegations and averments in Paragraph 142 of Plaintiffs' Original Complaint, Defendants deny the same.

143. With respect to the allegations and averments in Paragraph 143 of Plaintiffs' Original Complaint, Defendants deny the same.

144. With respect to the allegations and averments in Paragraph 144 of Plaintiffs' Original Complaint, Defendants deny the same.

145. With respect to the allegations and averments in Paragraph 145 of Plaintiffs' Original Complaint, Defendants deny the same.

146. With respect to the allegations and averments in Paragraph 146 of Plaintiffs' Original Complaint, Defendants deny the same.

147. With respect to the allegations and averments in Paragraph 147 of Plaintiffs' Original Complaint, Defendants deny the same.

148. With respect to the allegations and averments in Paragraph 148 of Plaintiffs' Original Complaint, Defendants deny the same.

149. With respect to the allegations and averments in Paragraph 149 of Plaintiffs' Original Complaint, Defendants deny the same.

150. With respect to the allegations and averments in Paragraph 150 of Plaintiffs' Original Complaint, Defendants deny the same.

151. With respect to the allegations and averments in Paragraph 151 of Plaintiffs' Original Complaint, Defendants deny the same.

152. With respect to the allegations and averments in Paragraph 152 of Plaintiffs' Original Complaint, Defendants deny the same.

153. With respect to the allegations and averments in Paragraph 153 of Plaintiffs' Original Complaint, Defendants deny the same.

154. With respect to the allegations and averments in Paragraph 154 of Plaintiffs' Original Complaint, Defendants deny the same.

155. With respect to the allegations and averments in Paragraph 155 of Plaintiffs' Original Complaint, Defendants deny the same.

156. With respect to the allegations and averments in Paragraph 156 of Plaintiffs' Original Complaint, Defendants deny the same.

157. With respect to the allegations and averments in Paragraph 157 of Plaintiffs' Original Complaint, Defendants deny the same.

158. With respect to the allegations and averments in Paragraph 158 of Plaintiffs' Original Complaint, Defendants deny the same.

159. With respect to the allegations and averments in Paragraph 159 of Plaintiffs' Original Complaint, Defendants deny the same.

160. With respect to the allegations and averments in Paragraph 160 of Plaintiffs' Original Complaint, Defendants deny the same.

161. With respect to the allegations and averments in Paragraph 161 of Plaintiffs' Original Complaint, Defendants deny the same.

## AFFIRMATIVE DEFENSES

162. Answering further, Defendants assert that all claims brought under Count III in Plaintiffs' Original Complaint are barred by the three (3) year statute of limitations under Texas Government Code § 4008.104.

163. Answering further, Defendants assert that all claims brought under Count IV in

Plaintiffs' Original Complaint are barred by the four (4) year statute of limitations under Civil Practice & Remedies Code § 16.004.

164. Answering further, Defendants assert that all claims brought under Count V in Plaintiffs' Original Complaint are barred by the two (2) year statute of limitations under Civil Practice & Remedies Code § 16.003.

165. Answering further, Defendants assert that all claims brought under Count VI in Plaintiffs' Original Complaint are barred by the four (4) year statute of limitations under Civil Practice & Remedies Code § 16.004.

166. Answering further, Defendants assert that all claims brought under Count VI in Plaintiffs' Original Complaint are barred by the four (4) year statute of limitations under Civil Practice & Remedies Code § 16.004.

**PRAYER**

Defendants Ark Wealth Management, LLC, Ark Financial Consultants, LLC, Ark Financial Advisors, LLC, and David James Bull pray that upon final consideration and conclusion of this matter that Plaintiffs take nothing and request recovery of all costs and expenses incurred in the defense of this action as may be permitted by law. Defendants Ark Wealth Management, LLC, Ark Financial Consultants, LLC, Ark Financial Advisors, LLC, and David James Bull further seek and request all relief to which they may show themselves are justly entitled.

Respectfully submitted,

**WOJCIECHOWSKI & ASSOCIATES, P.C.**

*/s/ Marc J. Wojciechowski*
Marc J. Wojciechowski
Federal Bar No. 13849/State Bar No. 21844600
17447 Kuykendahl Road, Suite 200
Spring, Texas 77379
Telephone: 281-999-7774
Facsimile: 281-999-1955
Email: marc@wojolaw.com; e-fileonly@wojolaw.com
ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to all counsel and/or parties of record, pursuant to the Federal Rules of Civil Procedure, on this, the 20th day of February, 2026 via the USDC E-File System.

*/s/ Marc J. Wojciechowski*
Marc J. Wojciechowski